UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOBARDO ESTRADA-GUZMAN,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:19-cr-00277

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on January 16, 2020, after receiving the written consent of defendant and all counsel. There is no plea agreement. At the hearing, defendant Leobardo Estrada-Guzman entered a plea of guilty to the Indictment charging defendant with alien felon reentry, in violation of 8 U.S.C. § 1326(a).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to the Indictment be accepted, and that the court adjudicate defendant guilty. Acceptance

of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: January 16, 2020                             /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. See W.D. MICH. L.CR.R. 11.1(d).